# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE G. HUMPHREY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES A. YATES, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-0075 LJO DLB PC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 1) |

Plaintiff is a state prisoner proceeding pro in this civil action. This action was removed from the Superior Court of the State of California, County of Fresno, on January 13, 2009. On January 13, 2009, Defendant Yates ("Defendant") filed a request that this Court screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), and that Defendant be granted an extension of time of thirty days from the date the Court's screening order is served, to file a response to the complaint. (Doc. 1).

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Defendant's request that the Court screen Plaintiff's complaint is DISREGARDED AS UNNECESSARY.

Good cause appearing, Defendant's request for a thirty-day extension of time to respond to the complaint, after the Court's screening order is issued, is GRANTED.

IT IS SO ORDERED.

　**Dated:　March 17, 2009**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1