# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING G. HUMPHREY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00075-LJO-DLB PC<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 18) |

　　　　Plaintiff Irving G. Humphrey ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant Yates for violation of the Eighth Amendment.  Pending before the Court is a motion for entry of default judgment, filed February 9, 2010.

　　　　Plaintiff contends that Defendant Yates failed to respond to Plaintiff's second amended complaint as stated within the Court's October 27, 2009 Findings and Recommendations. Plaintiff's motion is denied.  The Court recommended that Defendant respond to Plaintiff's second amended complaint after the resolution of the Court's Findings and Recommendations. The judge assigned to this action adopted the Findings and Recommendations by separate order. Defendant Yates was granted thirty days from the date of the order adopting the Findings and Recommendations in which to file his response.  Accordingly, the Court HEREBY ORDERS that Plaintiff's motion for entry of default judgment is DENIED.

　　　　IT IS SO ORDERED.

　　　Dated:　　**March 22, 2010**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1