# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING G. HUMPHREY, | CASE NO. 1:09-cv-00075-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |
| v. | |
| JAMES A. YATES, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Irving G. Humphrey ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on November 13, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 28, 2009, is adopted in full;
2. Defendants Cate and Wardlow are dismissed from this action for failure to state a claim upon which relief may be granted;

1

3. Plaintiff's Equal Protection and state law claims are dismissed for failure to state a claim upon which relief may be granted; and

4. This action proceed against Defendant James A. Yates for violation of the Eighth Amendment; and

5. Defendant Yates is granted **thirty (30)** days from the date of service of this order in which to file a response to Plaintiff's second amended complaint, filed June 1, 2009.

IT IS SO ORDERED.

**Dated:   March 22, 2010**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE