IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING C. HUMPHREY, | Case No. 1:09-cv-00075 LJO JLT (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO CORRECT PLAINTIFF'S NAME AND REQUEST FOR A DOCKET SHEET |
| vs. | |
| JAMES A. YATES, | (Doc. 33) |
| Defendant. | |

On October 6, 2010, Plaintiff filed a motion requesting the Court correct his middle initial in all future filings; Plaintiff states that his correct name is "Irving C. Humphrey." In addition, Plaintiff requests a copy of the docket sheet in this case.

Good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff's October 6, 2010, motion (Doc. 33) is granted;
2. The Clerk of the Court is directed to amend the docket to reflect Plaintiff's correct name; and
3. The Clerk of the Court is directed to send Plaintiff a one-time courtesy copy of the docket sheet in this case.

IT IS SO ORDERED.

Dated:   **October 15, 2010**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE