IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRVING G. HUMPHREY,** | Case No. 1:09-cv-00075 LJO JLT (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES YATES, et al. ,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, Defendant's request to modify the scheduling order, and to extend the discovery cut-off until January 21, 2011, is **GRANTED**. <u>No modification of any other dates is authorized.</u>

IT IS SO ORDERED.

Dated:   **December 14, 2010**         /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE