IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING C. HUMPHREY, | Case No. 1:09-cv-00075 LJO JLT (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SUBPOENAS |
| vs. | (Doc. 48) |
| JAMES A. YATES, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2011, Plaintiff filed a motion requesting subpoenas for various incarcerated and non-incarcerated witnesses whom Plaintiff wishes to testify at trial. Nevertheless, discovery in this matter has only recently closed and the window for dispositive motions still remains open, and will so, until February 28, 2011. (Doc. 23.) No trial date has been set. Plaintiff's request for subpoenas is therefore premature. The Court will advise Plaintiff of the procedures for obtaining the attendance of witnesses at trial when that time draws nearer. Until then, Plaintiff's motion for subpoenas is HEREBY DENIED AS PREMATURE.

IT IS SO ORDERED.

Dated: **January 21, 2011**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE