1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   IRVING C. HUMPHREY,                  Case No. 1:09-cv-00075 LJO JLT (PC)
12          Plaintiff,                    ORDER DIRECTING PLAINTIFF TO FILE
                                          AN OPPOSITION OR STATEMENT OF NO
13      vs.                               OPPOSITION TO DEFENDANT'S MOTION
                                          FOR SUMMARY JUDGMENT
14   WARDEN JAMES A. YATES,
                                          ORDER DIRECTING THE CLERK OF THE
15          Defendant.                    COURT TO SEND PLAINTIFF A COPY OF
                                          THE SECOND INFORMATIONAL ORDER
16   _____/

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18   § 1983.  On April 28, 2011, Defendant filed a motion for summary judgment pursuant to Federal

19   Rule of Civil Procedure 56.  (Doc. 53.)  Plaintiff has not filed an opposition or statement of no

20   opposition to the motion in accordance with the Local Rules.

21          Plaintiff is therefore reminded that Local Rule 230(l) provides, in part, that:  "Failure of the

22   responding party to file written opposition or to file a statement of no opposition [within twenty-one

23   days after the date of service of a motion] may be deemed a waiver of any opposition to the granting

24   of the motion . . . ."  Local Rule 110 also provides that failure to comply with the Local Rules "may

25   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court" including, but not limited to, dismissal of the action.

27          Accordingly, good cause appearing, it is **HEREBY ORDERED** that:

28          1.       Within thirty (30) days of the date of this order, Plaintiff shall file an opposition or

                                              1

statement of no opposition to Defendant's motion for summary judgment filed April 28, 2011.  Plaintiff is cautioned that failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion.

2.      The Clerk of the Court is directed to send Plaintiff a courtesy copy of the second informational order.

IT IS SO ORDERED.

Dated:   **June 6, 2011**                                    _____**/s/ Jennifer L. Thurston**_____
                                                                    UNITED STATES MAGISTRATE JUDGE