IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING C. HUMPHREY, | Case No. 1:09-cv-00075 LJO JLT (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUR-REPLY |
| vs. | |
| JAMES A. YATES, | (Doc. 62) |
| Defendant. | |

On September 1, 2011, Plaintiff filed a sur-reply to his motion for summary judgment filed April 28, 2011. (Doc. 61.) Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court, however, contemplate the filing of sur-replies. See Local Rule 230(l). Moreover, Plaintiff did not first seek leave from the Court before filing his sur-reply.

Accordingly, it is **HEREBY ORDERED** that:

1. Defendant's September 14, 2011 motion to strike Plaintiff's sur-reply (Doc. 62) is **GRANTED**; and

2. Plaintiff's September 1, 2011 sur-reply (Doc. 61) is stricken.

IT IS SO ORDERED.

Dated: **September 23, 2011**         /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE