IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING C. HUMPHREY,<br><br>      Plaintiff,<br><br>    vs.<br><br>JAMES A. YATES,<br><br>      Defendant.<br>_____ / | Case No. 1:09-cv-00075 LJO JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 66) |

On October 11, 2011, Plaintiff filed a request for thirty to forty-five additional days to file objections to the Court's September 30, 2011 findings and recommendations. Plaintiff indicates that he needs the additional time due to a recent prison transfer and resulting interruptions. Good cause appearing, Plaintiff's request will be granted.

Accordingly, Plaintiff's October 11, 2011, request for a 30-day extension of time (Doc. 66) is **GRANTED**. Any objections are due within 30 days of service of this order.

IT IS SO ORDERED.

Dated:   **October 12, 2011**              /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE